JS-6

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL CUTTING;<br>FRANK ADAM LIENDO GODINEZ;<br>GUADALUPE JOSE GONZALEZ;<br>WADE HILL; and<br>JASON UNDERWOOD,<br><br>    Plaintiffs,<br><br>    v.<br><br>CALIFORNIA DEPARTMENT OF<br>   CORRECTIONS AND<br>   REHABILITATION;<br>STATE OF CALIFORNIA;<br>CDCR SECRETARY RALPH DIAZ,<br>   in his individual and official<br>   capacities,<br>WARDEN MONA D. HOUSTON;<br>LOUIE ESCOBELL; and<br>DOES 1-100,<br><br>    Defendants. | Case No. 5:21-cv-00918-JWH-SHK<br><br>**JUDGMENT** |

Pursuant to the "Order Regarding Defendants' Motion to Dismiss Plaintiffs' Fifth Amended Complaint [ECF No. 48] and Plaintiff's Motion to Substitute Counsel [ECF No. 51]" entered substantially contemporaneously herewith, and in accordance with Rules 12(b)(6) and 58 of the Federal Rules of Civil Procedure,

It is hereby **ORDERED, ADJUDGED,** and **DECREED** as follows:

1. Pursuant to 28 U.S.C. § 1331, this Court possesses subject matter jurisdiction over the first claim for relief, which arises under 42 U.S.C. § 1983, in the operative Fifth Amended Complaint [ECF No. 41] filed by Plaintiffs Carl Cutting; Frank Adam Liendo Godinez; Guadlupe Jose Gonzalez; Wade Hill; and Jason Underwood (collectively, "Plaintiffs") in the above-captioned action.

2. Defendants DOES 1-100 are **DISMISSED**.

3. With regard to the first claim for relief, **JUDGMENT** is hereby **ENTERED** in **FAVOR** of Defendants State of California, California Department of Corrections and Rehabilitation ("CDCR"); CDCR Secretary Ralph Diaz; Warden Mona D. Houston; and Louie Escobell and **AGAINST** Plaintiffs. Plaintiffs shall take nothing by way of the first claim for relief in their Fifth Amended Complaint.

4. The remainder of this case is **REMANDED** to San Bernardino County Superior Court.

5. Other than potential post-judgment remedies (including those provided in Rule 54(d) of the Federal Rules of Civil Procedure), to the extent that any party requests any other form of relief, such request is **DENIED**.

**IT IS SO ORDERED.**

Dated: January 2, 2025

John W. Holcomb
UNITED STATES DISTRICT JUDGE